[No. 56252-5-I.   Division One.   June 26, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MATTHEW JASON GRIFFIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-14300-1, Michael Hayden, J., entered May 11, 2005. *Affirmed* by unpublished opinion per Cox, J., concurred in by Coleman and Grosse, JJ.

[No. 56262-2-I.   Division One.   June 26, 2006.]

THE CITY OF BLAINE, *Respondent,* v. ROBERT W. CARRUTHERS, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 02-2-00750-0, Charles R. Snyder, J., entered April 25, 2005. *Affirmed in part, reversed in part, and remanded* by unpublished opinion per Ellington, J., concurred in by Baker and Agid, JJ.

[No. 56396-3-I.   Division One.   June 26, 2006.]

WASHINGTON MUTUAL BANK, *Appellant,* v. COMMONWEALTH INSURANCE COMPANY ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-02217-7, Mary Yu, J., entered April 2 and June 1, 2005. *Affirmed* by unpublished opinion per Appelwick, C.J., concurred in by Baker and Dwyer, JJ.

[No. 56428-5-I.   Division One.   June 26, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. M.M., *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-8-00558-1, Richard J. Thorpe, J., entered May 12 and June 21, 2005. *Reversed* by unpublished per curiam opinion.